# Exhibit A

**SPS** | SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Mortgage Statement
Statement Date: 11/15/2019
Page 1 of 2

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

| Account Number | |
|---|---|
| Property Address | 13435 VICARAGE DR PLAINFIELD IL 60544 |
| Post Petition Due Date | 12/01/2019 |
| Statement Due Date | 12/01/2019 |
| **Payment Amount** | **$373.97** |

Jacqueline Baker    31447

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

### Explanation of Payment Amount (Post Petition)

| | |
|---|---|
| Principal | $98.42 |
| Interest | $275.55 |
| Escrow (Taxes and Insurance) | $0.00 |
| **Regular Monthly Payment** | **373.97** |
| Other Charges and Fees | $0.00 |
| Charges/Fees this Period | $0.00 |
| Past Unpaid Amount(s) | $0.00 |
| Unapplied Payment(s) | $0.00 |
| **Total Payment Amount** | **$373.97** |

The Payment Amount does not include any amount that was past due before you filed for bankruptcy.

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $84,506.98 |
| Deferred Principal | $0.00 |
| Outstanding Principal¹ | $84,506.98 |
| Interest Rate (Fixed) | 4.125% |
| Post Petition Interest Rate | 4.125% |
| Prepayment Penalty | No |

### Transaction Activity (10/16/2019 to 11/15/2019)

| Date | Description | Prin Bal | Interest | Total |
|---|---|---|---|---|

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$0.00** | **$0.00** |
| Total Unapplied Balance | $0.00 | |

### Important Messages

¹ This amount is not a payoff quote. If you would like a payoff quote please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| Paid Last Month | $0.00 |
|---|---|
| Total Paid During Bankruptcy | $0.00 |
| Current Balance | $2,194.31 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts. If your mortgage Trustee is sending us the payments shown here, these are separate from your regular monthly mortgage payments.

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash*

☐ Change of address or telephone number, check here

## Transaction Activity (10/16/2019 to 11/15/2019)

| Date | Description | Prin Ba' | | |
|------|-------------|----------|--|--|

| Past Payments Breakdown | | |
|---|---|---|
| | Paid Last Month | Paid Year To Date |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $0.00 |
| Total Unapplied Balance | $0.00 | |

### Important Messages

... ...ount is not a payoff quote. If you would ... ...se see instructions on ...erse side.
... ...ons that occurred after the statement ... ...e reflected on your next statement.
... ...ervicemembers C... ...ef Act if you ... ...been deployed to a... ...you ... ...ections regarding ... ...age ... ...00) 258-8602 to discuss these ...

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| Paid Last Month | $0.00 |
|---|---|
| Total Paid During Bankruptcy | $0.00 |
| Current Balance | $2,194.31 |

This box shows amounts that were past due when you filed fo... may also include other allowed amounts on your mortgage lo... is sending us the payments shown here. These are separate regular monthly mortgage payments.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

### Payment Amount

| Borrower Name(s) | Jacqueline Baker |
|---|---|
| Account Number | [REDACTED] |

**Payment Date 12/01/2019: $373.97**

Make checks payable to: Select Portfolio Servicing

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

☐ Change of address or telephone? ...and note changes on back.

If your bankruptcy plan requires you to send your ... mortgage payments to the Trustee, do not sent you... Instead you should send your payment to the Trus'

| Monthly Payment | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| Total Amount Enclosed | $ |

2771 0011751542 0000037397 0000039